**Order entered December 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00768-CR

### GORDON ALAN KIRK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-41871-M**

## ORDER

Before the Court is the December 20, 2019 second motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** appellant's brief due on or before January 13, 2020.

.

/s/    BILL PEDERSEN, III
        JUSTICE